FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
13 OCT 15 PM 3:37
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shawn D. Clark,<br><br>Plaintiff,<br><br>v.<br><br>Integrity Solution Services, Inc.<br>c/o Lexis Documents Services<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703,<br><br>Defendant. | Case No.<br><br>COMPLAINT<br><br>1 : 13 -cv- 1643 SEB -DKL<br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of Indiana.

5- Defendant is a Delaware corporation with its principal office in the State of Missouri.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around August 20, 2013, Defendant communicated with Plaintiff.

10- During this communication, Plaintiff notified Defendant that he was represented by an attorney to file for bankruptcy and provided the attorney's contact information to Defendant.

11- Despite having notice of Plaintiff's representation, Defendant telephoned Plaintiff at least one more time thereafter.

12- Defendant damaged Plaintiff.

13- Defendant violated the FDCPA.

## COUNT I

14- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

15- Defendant violated 15 USC § 1692b(6) by communicating with a consumer after being notified that the consumer was represented by an attorney.

## COUNT II

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## COUNT III

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## JURY DEMAND

21- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

22- Plaintiff prays for the following relief:

   a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

   d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Law Solutions Chicago LLC

By: /s/ Richard J. Meier
77 W. Washington Bvd, Suite 515
Chicago, IL 60602
Tel: 312-546-4264
Fax: 866-359-7478
Richard@lawsolutionsbk.com
Attorney for Plaintiff