

Office of the Clerk
U.S. District Court
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

Richard J. Meier, Esq.
Law Solutions/Jason Allen Law
77 W. Washington Blvd, Suite 515
Chicago, IL 60602